**STATE of Missouri, Respondent,**

v.

**Randy W. ROACH, Appellant.**

**No. WD 39364.**

Missouri Court of Appeals,
Western District.

Sept. 29, 1987.

Chris Jordan, Jefferson City, for appellant.

Richard G. Callahan, Pros. Atty., Mark A. Richardson, Asst. Pros. Atty., Jefferson City, for respondent.

Before SHANGLER, P.J., and PRITCHARD and CLARK, JJ.

ORDER

PER CURIAM.

Appeal from convictions of driving while intoxicated, § 577.010, RSMo 1986, and driving with a suspended license, § 302.-321, RSMo 1986, and sentences of five days confinement in jail on each count.

Judgment affirmed. Rule 30.25(b).